UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT GUCCIONE | CIVIL ACTION |
| VERSUS | NO: 09-301 |
| PARISH OF JEFFERSON, ET AL. | SECTION: R |

**ORDER**

Before the Court is plaintiff Robert Guccione's objections to the Magistrate Judge's Report and Recommendation dismissing his complaint. The Court, having reviewed de novo the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, Guccione's complaint is hereby dismissed with prejudice.

New Orleans, Louisiana, this __30th__ day of September, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE